IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAKEE DIVISION

| | |
|---|---|
| Jennifer Mayde Puertos Acosta, Angel Beltran, Rafael Beltran, and William de Jesus Baez Rosales, <br><br> Plaintiffs, <br><br> v. <br><br> All American Building Services LLC and Ricardo Ortega, <br><br> Defendants. | Case No. 23-CV-1117 <br><br> PLAINTIFFS DEMAND TRIAL BY JURY |

## COMPLAINT

**Plaintiffs**, Jennifer Mayde Puertos Acosta ("Plaintiff "or "Jennifer Puertos"), Angel Beltran ("Plaintiff" or "Angel Beltran"), Rafael Beltran ("Plaintiff" or "Rafael Beltran") and William de Jesus Baez Rosales ("Plaintiff" or "William de Jesus"), may collectively be referred to as Plaintiffs, by and through their attorneys, Daniel I. Schlade, complain against All American Building Services LLC, and Ricardo Ortega, may collectively be referred to as ("Defendants"). In support of this Complaint, Plaintiffs state:

### Jurisdiction And Venue

1. This action seeks redress for Defendants' willful violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"), as well as any related state law claims, for Defendant's failure to pay overtime wages owed.

2. The Court possesses subject matter jurisdiction over the FLSA claim(s) pursuant to 29 U.S.C. § 216(b) and 28 U.S.C. § 1331 (federal question), and 28 U.S.C. §1337; and supplemental jurisdiction over any related state law claim(s) pursuant to 28 U.S.C. § 1367.

3. Venue is proper in the Eastern District of Wisconsin because all underlying facts and transactions occurred in or about Brookfield, Wisconsin.

### Parties

4. Plaintiffs Jennifer Puertos and Angel Beltran are residents of Illinois, and they were employed by Defendants.

5. Plaintiffs Rafael Beltran and William de Jesus are residents of Wisconsin, and they were employed by Defendants.

6. Defendant All American Building Services LLC is a business that is headquartered in Texas and conducts business in Brookfield, Wisconsin.

7. Defendant Ricardo Ortega is the President and manager of All American Building Services LLC, and they are in charge of its employees. On information and belief, Ricardo Ortega is a resident of Texas.

8. Defendant All American Building Services LLC is "an enterprise engaged in commerce or in the production of goods for commerce" under 29 USC § 203(s)(1)(A)(i) and (ii) because they have annual gross volume of sales made or business done of at least $500,000; and because they are engaged in interstate commerce or in the production of goods for interstate commerce. Additionally, they have more than three employees.

### Facts Common To All Claims

9. Defendant All American Building Services LLC is an "employer" as that term is defined in Section 203 of the FLSA, because it is a privately owned for-profit entity.

10. Defendant Ricardo Ortega is an "employer" as that term is defined in Section 203 of the FLSA, because: (1) they were Plaintiffs' head "boss" at Defendant; (2) they had the power to hire and fire the employees, including Plaintiffs; (3) they supervised and controlled Plaintiffs' work schedules and conditions of employment; (4) they determined the rate and method of payment for employees; and (5) they maintained employment records.

## COUNT 1- VIOLATION OF THE FLSA
## Jennifer Mayde Puertos Acosta v. Defendants

11. Plaintiff reincorporates by reference Paragraphs 1 through 10, as if set forth in full herein for Paragraph 11.

12. Plaintiff Jennifer Mayde Puertos Acosta began working for Defendants in or before the end of September 2022 until February 2023.

13. At all times, Plaintiff held the same position at Defendants, they were a janitorial worker. Plaintiff was an "employee" of Defendants as that term is used in Section 203 of the FLSA because he was employed by Defendants to perform general janitorial worker duties, and they do not fall into any of the exceptions or exemptions for workers under the FLSA.

14. Although schedules are subject to change, Plaintiff's general schedule with Defendants required Plaintiff to work on average 48 hours per week.

15. Plaintiff was paid their wages on a(n) weekly basis.

16. Plaintiff's wages were not based on the number of jobs performed or completed, nor was it based on the quality or efficiency of their performance.

17. Plaintiff's rate of pay was $15.00 per hour from September 2022 until November 2022, and $16.00 per hour from December 2022 until February 2023.

18. Throughout the course of Plaintiff's employment with Defendants, Defendants regularly scheduled and directed Plaintiff to work in excess of forty (40) hours per week.

19. Defendants did not pay Plaintiff not less than one and a half (1.5) times the regular rate at which he was employed during the hours worked in excess of forty (40) hours per week.

20. On information and belief, Defendants have failed to keep proper time records tracking Plaintiff's time worked; and Defendants' failure and refusal to pay Plaintiff overtime wages for hours worked in excess of forty (40) hours per week was a willful violation of the FLSA.

21. Plaintiff is entitled to recover unpaid and overtime wages and liquidated damages for up to three (3) years prior to the filing of this lawsuit. On information and belief, this amount includes: (i) $1,492.00 in unpaid and overtime wages; (ii) liquidated damages of $1,492.00; and (iii) Plaintiff's attorney's fees and costs, to be determined. A calculation of Plaintiff's damages are attached as Exhibit A.

**WHEREFORE,** Plaintiff Jennifer Mayde Puertos Acosta respectfully requests that the Court enter a judgment in their favor and against Defendants All American Building Services LLC and Ricardo Ortega, jointly and severally, for:

A. The amount of unpaid and overtime wages for all time worked by Plaintiff in excess of forty (40) hours in individual work weeks, totaling at least $1,492.00;

B. An award liquidated damages in an amount equal to at least $1,492.00;

C. A declaration that Defendant violated the FLSA;

D. An award reasonable attorneys' fees and costs; and

E. Any such additional or alternative relief as this Court deems just and proper.

<u>**COUNT 2- VIOLATION OF THE FLSA**</u>
<u>**Angel Beltran v. Defendants**</u>

22. Plaintiff reincorporates by reference Paragraphs 1 through 21, as if set forth in full herein for Paragraph 22.

23. Plaintiff Angel Beltran began working for Defendants in or before September 24, 2022 until February 19, 2023.

24. At all times, Plaintiff held the same position at Defendants, they were a janitorial worker. Plaintiff was an "employee" of Defendants as that term is used in Section 203 of the FLSA because he was employed by Defendants to perform general janitorial labor, and they do not fall into any of the exceptions or exemptions for workers under the FLSA.

25. Although schedules are subject to change, Plaintiff's general schedule with Defendants required Plaintiff to work on average 48 hours per week.

26. Plaintiff was paid their wages on a(n) weekly basis.

27. Plaintiff's wages were not based on the number of jobs performed or completed, nor was it based on the quality or efficiency of their performance.

28. Plaintiff's rate of pay was $17.00 per hour.

29. Throughout the course of Plaintiff's employment with Defendants, Defendants regularly scheduled and directed Plaintiff to work in excess of forty (40) hours per week.

30. Defendants did not pay Plaintiff not less than one and a half (1.5) times the regular rate at which he was employed during the hours worked in excess of forty (40) hours per week.

31. On information and belief, Defendants have failed to keep proper time records tracking Plaintiffs' time worked; and Defendants' failure and refusal to pay Plaintiff overtime wages for hours worked in excess of forty (40) hours per week was a willful violation of the FLSA.

32. Plaintiff is entitled to recover unpaid and overtime wages and liquidated damages for up to three (3) years prior to the filing of this lawsuit. On information and belief, this amount includes: (i) $1,448.00 in unpaid and overtime wages; (ii) liquidated damages of $1,448.00; and (iii)

Plaintiff's attorney's fees and costs, to be determined. A calculation of Plaintiff's damages are attached as Exhibit B.

**WHEREFORE,** Plaintiff Angel Beltran respectfully requests that the Court enter a judgment in their favor and against Defendants All American Building Services LLC and Ricardo Ortega, jointly and severally, for:

A. The amount of unpaid and overtime wages for all time worked by Plaintiff in excess of forty (40) hours in individual work weeks, totaling at least $1,448.00;

B. An award liquidated damages in an amount equal to at least $1,448.00;

C. A declaration that Defendant violated the FLSA;

D. An award reasonable attorneys' fees and costs; and

E. Any such additional or alternative relief as this Court deems just and proper.

## COUNT 3-VIOLATION OF THE FLSA
### Rafael Beltran v. Defendants

33. Plaintiff reincorporates by reference Paragraphs 1 through 32, as if set forth in full herein for Paragraph 33.

34. Plaintiff Rafael Beltran began working for Defendants in or before September 2022 until April 2023.

35. At all times, Plaintiff held the same position at Defendants, they were a janitorial worker. Plaintiff was an "employee" of Defendants as that term is used in Section 203 of the FLSA because he was employed by Defendants to perform general janitorial labor, and they do not fall into any of the exceptions or exemptions for workers under the FLSA.

36. Although schedules are subject to change, Plaintiff's general schedule with Defendants required Plaintiff to work on average 48 hours per week.

37. Plaintiff was paid their wages on a(n) weekly basis.

38. Plaintiff's wages were not based on the number of jobs performed or completed, nor was it based on the quality or efficiency of their performance.

39. Plaintiff's rate of pay was $18.00 per hour.

40. Throughout the course of Plaintiff's employment with Defendants, Defendants regularly scheduled and directed Plaintiff to work in excess of forty (40) hours per week.

41. Defendants did not pay Plaintiff not less than one and a half (1.5) times the regular rate at which he was employed during the hours worked in excess of forty (40) hours per week.

42. On information and belief, Defendants have failed to keep proper time records tracking Plaintiffs' time worked; and Defendants' failure and refusal to pay Plaintiff overtime wages for hours worked in excess of forty (40) hours per week was a willful violation of the FLSA.

43. Plaintiff is entitled to recover unpaid and overtime wages and liquidated damages for up to three (3) years prior to the filing of this lawsuit. On information and belief, this amount includes: (i) $3,456.00 in unpaid and overtime wages; (ii) liquidated damages of $3,456.00; and (iii) Plaintiff's attorney's fees and costs, to be determined. A calculation of Plaintiff's damages are attached as Exhibit C.

**WHEREFORE,** Plaintiff Rafael Beltran respectfully requests that the Court enter a judgment in their favor and against Defendants All American Building Services LLC and Ricardo Ortega, jointly and severally, for:

A. The amount of unpaid and overtime wages for all time worked by Plaintiff in excess of forty (40) hours in individual work weeks, totaling at least $3,456.00;

B. An award liquidated damages in an amount equal to at least $3,456.00;

C. A declaration that Defendant violated the FLSA;

D.  An award reasonable attorneys' fees and costs; and

E.  Any such additional or alternative relief as this Court deems just and proper.

## COUNT 4-VIOLATION OF THE FLSA
## William de Jesus Baez Rosales v. Defendants

44. Plaintiff reincorporates by reference Paragraphs 1 through 43, as if set forth in full herein for Paragraph 44.

45. Plaintiff Ismael Gomez began working for Defendants in or before October 3, 2022, until the present time.

46. At all times, Plaintiff held the same position at Defendants, they were a janitorial worker. Plaintiff was an "employee" of Defendants as that term is used in Section 203 of the FLSA because he was employed by Defendants to perform general janitorial labor, and they do not fall into any of the exceptions or exemptions for workers under the FLSA.

47. Although schedules are subject to change, Plaintiff's general schedule with Defendants required Plaintiff to work on average 53 hours per week.

48. Plaintiff was paid their wages on a(n) weekly basis.

49. Plaintiff's wages were not based on the number of jobs performed or completed, nor was it based on the quality or efficiency of their performance.

50. Plaintiff's rate of pay was $17.00 per hour.

51. Throughout the course of Plaintiff's employment with Defendants, Defendants regularly scheduled and directed Plaintiff to work in excess of forty (40) hours per week.

52. Defendants did not pay Plaintiff not less than one and a half (1.5) times the regular rate at which he was employed during the hours worked in excess of forty (40) hours per week.

53. On information and belief, Defendants have failed to keep proper time records tracking Plaintiffs' time worked; and Defendants' failure and refusal to pay Plaintiff overtime wages for hours worked in excess of forty (40) hours per week was a willful violation of the FLSA. employment.

54. Plaintiff is entitled to recover unpaid and overtime wages and liquidated damages for up to three (3) years prior to the filing of this lawsuit. On information and belief, this amount includes: (i) $5,193.50 in unpaid and overtime wages; (ii) liquidated damages of $5,193.50; and (iii) Plaintiff's attorney's fees and costs, to be determined. A calculation of Plaintiff's damages are attached as Exhibit D.

**WHEREFORE,** Plaintiff William de Jesus Baez Rosales respectfully requests that the Court enter a judgment in their favor and against Defendants All American Building Services LLC and Ricardo Ortega, jointly and severally, for:

A. The amount of unpaid and overtime wages for all time worked by Plaintiff in excess of forty (40) hours in individual work weeks, totaling at least $5,193.50;

B. An award liquidated damages in an amount equal to at least $5,193.50;

C. A declaration that Defendant violated the FLSA;

D. An award reasonable attorneys' fees and costs; and

E. Any such additional or alternative relief as this Court deems just and proper.

James M. Dore<br>
Justicia Laboral LLC<br>
6232 N. Pulaski Rd., Suite 300<br>
Chicago, IL 60646<br>
P:773-415-4898;<br>
E: jdore@justicialaboral.com

## PLAINTIFFS DEMAND TRIAL BY JURY

EXHIBIT A- Jennifer Mayde Puertos Acosta

| Week | Av. Hours/Wk. | Hours Over 40 | Hrly. Wage | MW/Hr. | Unpaid MW | Unpaid OT | FLSA Liquidated |
|---|---|---|---|---|---|---|---|
| 9/18/2022 | 48 | 8 | $15.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| 9/25/2022 | 48 | 8 | $15.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| 10/2/2022 | 48 | 8 | $15.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| 10/9/2022 | 48 | 8 | $15.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| 10/16/2022 | 48 | 8 | $15.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| 10/23/2022 | 48 | 8 | $15.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| 10/30/2022 | 48 | 8 | $15.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| 11/6/2022 | 48 | 8 | $15.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| 11/13/2022 | 48 | 8 | $15.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| 11/20/2022 | 48 | 8 | $15.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| 11/27/2022 | 48 | 8 | $15.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| 12/4/2022 | 48 | 8 | $15.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| 12/11/2022 | 48 | 8 | $15.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| 12/18/2022 | 48 | 8 | $15.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| 12/25/2022 | 48 | 8 | $15.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| 1/1/2023 | 48 | 8 | $15.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| 1/8/2023 | 48 | 8 | $15.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| 1/15/2023 | 48 | 8 | $15.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| 1/22/2023 | 48 | 8 | $15.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| 1/29/2023 | 48 | 8 | $15.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| 2/5/2023 | 48 | 8 | $15.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| 2/12/2023 | 48 | 8 | $15.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| 2/19/2023 | 48 | 8 | $15.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| 2/26/2023 | 48 | 8 | $15.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| TOTALS: | | | | | | | |

EXHIBIT B- Angel Beltran

| Week | Av. Hours/Wk. | Hours Over 40 | Hrly. Wage | MW/Hr. | Unpaid MW | Unpaid OT | FLSA Liquidated |
|---|---|---|---|---|---|---|---|
| 9/25/2022 | 48 | 8 | $17.00 | $0.00 | $0.00 | $68.00 | $68.00 |
| 10/2/2022 | 48 | 8 | $17.00 | $0.00 | $0.00 | $68.00 | $68.00 |
| 10/9/2022 | 48 | 8 | $17.00 | $0.00 | $0.00 | $68.00 | $68.00 |
| 10/16/2022 | 48 | 8 | $17.00 | $0.00 | $0.00 | $68.00 | $68.00 |
| 10/23/2022 | 48 | 8 | $17.00 | $0.00 | $0.00 | $68.00 | $68.00 |
| 10/30/2022 | 48 | 8 | $17.00 | $0.00 | $0.00 | $68.00 | $68.00 |
| 11/6/2022 | 48 | 8 | $17.00 | $0.00 | $0.00 | $68.00 | $68.00 |
| 11/13/2022 | 48 | 8 | $17.00 | $0.00 | $0.00 | $68.00 | $68.00 |
| 11/20/2022 | 48 | 8 | $17.00 | $0.00 | $0.00 | $68.00 | $68.00 |
| 11/27/2022 | 48 | 8 | $17.00 | $0.00 | $0.00 | $68.00 | $68.00 |
| 12/4/2022 | 48 | 8 | $16.00 | $0.00 | $0.00 | $64.00 | $64.00 |
| 12/11/2022 | 48 | 8 | $16.00 | $0.00 | $0.00 | $64.00 | $64.00 |
| 12/18/2022 | 48 | 8 | $16.00 | $0.00 | $0.00 | $64.00 | $64.00 |
| 12/25/2022 | 48 | 8 | $16.00 | $0.00 | $0.00 | $64.00 | $64.00 |
| 1/1/2023 | 48 | 8 | $16.00 | $0.00 | $0.00 | $64.00 | $64.00 |
| 1/8/2023 | 48 | 8 | $16.00 | $0.00 | $0.00 | $64.00 | $64.00 |
| 1/15/2023 | 48 | 8 | $16.00 | $0.00 | $0.00 | $64.00 | $64.00 |
| 1/22/2023 | 48 | 8 | $16.00 | $0.00 | $0.00 | $64.00 | $64.00 |
| 1/29/2023 | 48 | 8 | $16.00 | $0.00 | $0.00 | $64.00 | $64.00 |
| 2/5/2023 | 48 | 8 | $16.00 | $0.00 | $0.00 | $64.00 | $64.00 |
| 2/12/2023 | 48 | 8 | $16.00 | $0.00 | $0.00 | $64.00 | $64.00 |
| 2/19/2023 | 48 | 8 | $16.00 | $0.00 | $0.00 | $64.00 | $64.00 |
| TOTALS: | | | | | | $1,448.00 | $1,448.00 |

EXHIBIT C- Rafael Beltran

| Week | Av. Hours/Wk. | Hours Over 40 | Hrly. Wage | MW/Hr. | Unpaid MW | Unpaid OT | FLSA Liquidated |
|---|---|---|---|---|---|---|---|
| 9/4/2022 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 9/11/2022 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 9/18/2022 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 9/25/2022 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 10/2/2022 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 10/9/2022 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 10/16/2022 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 10/23/2022 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 10/30/2022 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 11/6/2022 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 11/13/2022 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 11/20/2022 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 11/27/2022 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 12/4/2022 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 12/11/2022 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 12/18/2022 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 12/25/2022 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 1/1/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 1/8/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 1/15/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 1/22/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 1/29/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 2/5/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 2/12/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 2/19/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 2/26/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 3/5/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 3/12/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 3/19/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 3/26/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 4/2/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 4/9/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 4/16/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 4/23/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 4/30/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 5/7/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 5/14/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 5/21/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 5/28/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 6/4/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 6/11/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 6/18/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 6/25/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 7/2/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 7/9/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 7/16/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 7/23/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| 7/30/2023 | 48 | 8 | $18.00 | $0.00 | $0.00 | $72.00 | $72.00 |
| **TOTALS:** | | | | | | $3,456.00 | $3,456.00 |

EXHIBIT D- William de Jesus Baez Rosales

| Week | Av. Hours/Wk. | Hours Over 40 | Hrly. Wage | MW/Hr. | Unpaid MW | Unpaid OT | FLSA Liquidated |
|---|---|---|---|---|---|---|---|
| 10/9/2022 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 10/16/2022 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 10/23/2022 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 10/30/2022 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 11/6/2022 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 11/13/2022 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 11/20/2022 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 11/27/2022 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 12/4/2022 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 12/11/2022 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 12/18/2022 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 12/25/2022 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 1/1/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 1/8/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 1/15/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 1/22/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 1/29/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 2/5/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 2/12/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 2/19/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 2/26/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 3/5/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 3/12/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 3/19/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 3/26/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 4/2/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 4/9/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 4/16/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 4/23/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 4/30/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 5/7/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 5/14/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 5/21/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 5/28/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 6/4/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 6/11/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 6/18/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 6/25/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 7/2/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 7/9/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 7/16/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 7/23/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 7/30/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 8/6/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 8/13/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 8/20/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| 8/27/2023 | 53 | 13 | $17.00 | $0.00 | $0.00 | $110.50 | $110.50 |
| TOTALS: | | | | | | $5,193.50 | $5,193.50 |