IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAKEE DIVISION

| | |
|---|---|
| Jennifer Mayde Puertos Acosta, Angel Beltran, Rafael Beltran, and William de Jesus Baez Rosales,<br><br>Plaintiffs,<br><br>v.<br><br>All American Building Services LLC and Ricardo Ortega,<br><br>Defendants. | Case No. 23-CV-1117<br><br>PLAINTIFFS DEMAND TRIAL BY JURY |

## NOTICE OF SETTLEMENT

**Plaintiffs**, Jennifer Mayde Puertos Acosta, Angel Beltran, Rafael Beltran and William de Jesus Baez Rosales ("Plaintiffs"), and Defendants All American Building Services LLC, and Ricardo Ortega, have reached a settlement in principle that will resolve all claims in this action. The parties are in the process of formalizing their settlement agreement.

Accordingly, Plaintiffs request that all deadlines and proceedings in this action be stayed pending the execution of the parties' settlement agreement.

**WHEREFORE** Plaintiffs respectfully request this Honorable Court to take notice of the above, and all deadlines and proceedings in the case be stayed pending execution of a settlement agreement, and that the Court enter any other relief deemed just or necessary.

s/ James M. Dore

**Justicia Laboral LLC**
**James M. Dore**
*Attorneys for Plaintiffs*

6232 N. Pulaski Road, Suite 300
Chicago, IL. 60646
P: 773-415-4898
E: jdore@justicialaboral.com

**Certificate of Service**

     I, James M. Dore, an attorney, certify that I caused this **Notice of Settlement** to be filed with the Clerk of the Court on December 8, 2023 which will serve via ECF to all attorneys of record, and I certify that I served this notice and documents by mailing copies to the attorneys/parties of record at their listed addresses below, and depositing the same in the U.S. Mail in Chicago on December 8, 2023, with proper postage prepaid:

> Samantha H. Baker
> *Attorney for Defendants*
> OVB Law & Consulting S.C.
> 826 N Plankinton Ave., Suite 600
> Milwaukee, WI 53203
> P: 414. 585. 0588 (office)
> E: samantha@ovblaw.com

                        s/   James M. Dore